IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02686-PAB-BNB

ROBERT ESCHINO, JR., and
RICK SCARPELLO,

Plaintiffs,

v.

AURELIO LOPEZ,

Defendant.

_____

# ORDER
_____

This matter arises in connection with my Order to Show Cause [Doc. # 22, filed 1/12/2015]. Good cause having been shown, IT IS ORDERED:

(1)     The Order to Show Cause [Doc. # 22] is DISCHARGED; and

(2)     A supplemental scheduling conference is set for January 26, 2015, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated January 14, 2015.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge